JOANNA L. BROOKS (SBN 182986)
TIMOTHY C. TRAVELSTEAD (SBN 215260)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:    415.394.9401
brooksj@jacksonlewis.com

Attorneys for Defendant
PRESIDIO INTERNATIONAL, INC.

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ACHESON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>G.A.L.A., INC., a Delaware corporation; GIORGIO ARMANI CORPORATION, a New York corporation; PRESIDIO INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-08 3336 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, Marianne Solano, declare that I am employed with the law firm of Jackson, Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On July 10, 2008, I served the following documents:

1. Order Setting Initial Case Management Conference and ADR Deadlines (including Order Setting Conference, sample Joint Case Management Conference Statement and Proposed Order, and Standing Order for All Judges of the Northern District of California);

2. Welcome to the U.S. District Court, San Francisco (with list of judges and drop-box filing procedures);

3.  U.S. District Court ECF Registration Information Handout;

4.  Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

5.  Dispute Resolution Procedures in the Northern District of California;

6.  Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California

by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

Mark Yablonovich, Esq.            *Attorneys for Plaintiff*
Marc Primo, Esq.
Robert Byrnes, Esq.
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, CA  90067
Telephone:     310.556.5637
Facsimile:     310.861.9051

[ ]  BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]  BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[x]  BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address hours by OVERNITE EXPRESS delivery service.

[ ]  BY FACSIMILE: I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 10, 2008, at San Francisco, California.

Marianne Solano