1  JAMERSON C. ALLEN (State Bar No. 132866)
   JOANNA L. BROOKS (State Bar No. 182986)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, CA  94105
   Telephone    415.394.9400
4  Facsimile:    415.394.9401
   brooksj@jacksonlewis.com
5
   Attorneys for Defendant
6  PRESIDIO INTERNATIONAL, INC.

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 ROBERT ACHESON, individually, and on        Case No. CV 08 3336RMW
   behalf of other members of the general public
13 similarly situated,                          **CERTIFICATE OF SERVICE OF
                                                NOTICE TO STATE COURT AND TO
14            Plaintiff,                         ADVERSE PARTY OF FILING OF
                                                NOTICE OF REMOVAL OF ACTION
15       v.                                      TO FEDERAL COURT**

16 G.A.L.A., INC., a Delaware corporation;
   GIORGIO ARMANI CORPORATION, a New
17 York corporation; PRESIDIO
   INTERNATIONAL, INC., a Delaware
18 Corporation; and DOES 1 through 10, inclusive,

19            Defendants.

20

21       I, Marianne Solano, declare that I am employed with the law firm of Jackson, Lewis LLP,

22 whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the

23 age of eighteen (18) years and am not a party to this action.

24       On July 10, 2008, I served the following documents:  **Notice to State Court and to

25 Adverse Party of Filing of Notice of Removal of Action to Federal Court** by placing true and

26 correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

27 ///

28 ///

                                         1

1    Mark Yablonovich, Esq.                *Attorneys for Plaintiff*
     Marc Primo, Esq.
2    Robert Byrnes, Esq.
     Initiative Legal Group LLP
3    1800 Century Park East, 2nd Floor
     Los Angeles, CA  90067
4    Telephone:    310.556.5637
     Facsimile:    310.861.9051
5

6    [ X ]    <u>BY MAIL</u>:  United States Postal Service by placing sealed envelopes with the postage
             thereon fully prepaid, placed for collection and mailing on this date, following ordinary
7            business practices, in the United States mail at San Francisco, California.

8    [ ]    <u>BY HAND DELIVERY</u>:  I caused such envelope(s) to be delivered by hand to the above
            address.

9    [ ]    <u>BY OVERNIGHT DELIVERY</u>:  I caused such envelope(s) to be delivered to the above
            address hours by OVERNITE EXPRESS delivery service.
10

11   [ ]    <u>BY FACSIMILE</u>:  I caused such documents to be transmitted by facsimile to the
            telephone number(s) indicated above.
12

13           I declare that I am employed in the office of a member of the bar of this Court at whose

14   direction the service was made.

             Executed on July 10, 2008, at San Francisco, California.
15

16                                                _____
17                                                Marianne Solano

18

19

20

21

22

23

24

25

26

27

28

                                                2