Mark Yablonovich (SBN 186670)
Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Monica Balderrama (SBN196424)
MBalderrama@InitiativeLegal.com
Shawn Westrick (SBN 235313)
SWestrick@InitiativeLegal.com
Linh Hua (SBN 247419)
LHua@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Robert Acheson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ACHESON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>G.A.L.A., INC., a Delaware corporation; GIORGIO ARMANI CORPORATION, a New York corporation; PRESIDIO INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:08-CV- 03336RMW<br><br>**PLAINTIFF'S NOTICE OF APPEARANCE**<br><br><br><br>Complaint Filed: November 21, 2007<br>Removed:         July 10, 2008 |

Plaintiff's Notice of Appearance

TO THE HONORABLE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Linh Hua of the law firm Initiative Legal Group, LLP, Telephone (310) 556-5637, Facsimile (310) 861-9051, Electronic Mail: LHua@Initiativelegal.com, hereby appears as additional attorney of record, together with other attorneys of record, on behalf of Plaintiff in the above-captioned case. Ms. Hua requests that copies of all papers in the above-captioned action be served on her.

DATED: August 15, 2008

Respectfully submitted,

Initiative Legal Group, LLP

_____
Linh Hua
Attorneys for Plaintiff Robert Acheson