1  Mark Yablonovich (SBN 186670)
2  Marc Primo (SBN 216796)
   MPrimo@InitiativeLegal.com
3  Monica Balderrama (SBN196424)
4  MBalderrama@InitiativeLegal.com
   Shawn Westrick (SBN 235313)
5  SWestrick@InitiativeLegal.com
6  Linh Hua (SBN 247419)
   LHua@InitiativeLegal.com
7  Initiative Legal Group LLP
8  1800 Century Park East, 2nd Floor
   Los Angeles, California 90067
9  Telephone: (310) 556-5637
10 Facsimile: (310) 861-9051

11 Attorneys for Plaintiff Robert Acheson

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA

| ROBERT ACHESON, individually, and on behalf of other members of the general public similarly situated, | Case No. 4:08-CV- 03336RMW |
|---|---|
| Plaintiff, | **PLAINTIFF'S SUBSTITUTION OF ATTORNEY** |
| vs. | |
| G.A.L.A., INC., a Delaware corporation; GIORGIO ARMANI CORPORATION, a New York corporation; PRESIDIO INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed:  November 21, 2007<br>Removed:          July 10, 2008 |

---

TO THE HONORABLE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Shawn Westrick of the law firm Initiative Legal Group, LLP, Telephone (310) 556-5637, Facsimile (310) 861-9051, Electronic Mail: SWestrick@Initiativelegal.com, hereby substitutes as attorney of record in place and stead of Robert E. Byrnes, on behalf of Plaintiff in the above-captioned case. Mr. Westrick requests that copies of all papers in the above-captioned action be served on him.

DATED: August 15, 2008

Respectfully submitted,

Initiative Legal Group, LLP

_____
Shawn Westrick
Attorneys for Plaintiff Robert Acheson

**CONSENT**

I consent to the above substitution.

DATED: August 15, 2008

Respectfully submitted,

Initiative Legal Group, LLP

_____
Robert E. Byrnes
Attorneys for Plaintiff Robert Acheson

Plaintiff's Substitution of Attorney
-1-

1  Mark Yablonovich (SBN 186670)
2  Marc Primo (SBN 216796)
   MPrimo@InitiativeLegal.com
3  Monica Balderrama (SBN196424)
4  MBalderrama@InitiativeLegal.com
   Shawn Westrick (SBN 235313)
5  SWestrick@InitiativeLegal.com
6  Linh Hua (SBN 247419)
   LHua@InitiativeLegal.com
7  Initiative Legal Group LLP
8  1800 Century Park East, 2nd Floor
   Los Angeles, California 90067
9  Telephone: (310) 556-5637
10 Facsimile: (310) 861-9051

11 Attorneys for Plaintiff Robert Acheson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ACHESON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>G.A.L.A., INC., a Delaware corporation; GIORGIO ARMANI CORPORATION, a New York corporation; PRESIDIO INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:08-CV- 03336RMW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ATTORNEY**<br><br><br><br>Complaint Filed: November 21, 2007<br>Removed:             July 10, 2008 |

---

Order Granting Plaintiff's Substitution of Attorney

**O R D E R**

This Court has reviewed Plaintiff's Substitution of Attorney. Shawn Westrick of law firm Initiative Legal Group LLP shall replace Robert E. Byrnes as counsel for Plaintiff.

**IT IS HEREBY ORDERED**.

Dated: _____        _____
                                    The Honorable Ronald M. Whyte
                                    United States District Court Judge