| | |
|---|---|
| 1 | JOANNA L. BROOKS (SBN #182986) |
| | brooksj@jacksonlewis.com |
| 2 | TIMOTHY C. TRAVELSTEAD (SBN #215260) |
| | travelsteadt@jacksonlewis.com |
| 3 | PUNAM SARAD (SBN #217091) |
| | saradp@jacksonlewis.com |
| 4 | JACKSON LEWIS LLP |
| | 199 Fremont Street, 10th Floor |
| 5 | San Francisco, CA 94105 |
| | Telephone     415.394.9400 |
| 6 | Facsimile:     415.394.9401 |
| 7 | Attorneys for Defendant |
| | PRESIDIO INTERNATIONAL, INC. |
| 8 | |
| 9 | Mark Yablonovich (SBN 186670) |
| | MYablonovich@InitiativeLegal.com |
| 10 | Marc Primo (SBN 216796) |
| | MPrimo@InitiativeLegal.com |
| 11 | Mónica Balderrama (SBN 196424) |
| | MBalderrama@InitiativeLegal.com |
| 12 | Shawn Westrick (SBN 235313) |
| | SWestrick@InitiativeLegal.com |
| 13 | Initiative Legal Group LLP |
| | 1800 Century Park East, 2nd Floor |
| 14 | Los Angeles, California 90067 |
| 15 | Telephone: (310) 556-5637 |
| | Facsimile: (310) 861-9051 |
| 16 | |
| 17 | Attorneys for Plaintiff Robert Acheson |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ACHESON, individually, and on behalf of other members of the general public similarly situated, | Case No. 4:08-CV-03336 RMW |
| Plaintiff, | **STIPULATION REMANDING ACTION TO STATE COURT** |
| v. | |
| G.A.L.A., INC., a Delaware corporation; GIORGIO ARMANI CORPORATION, a New York corporation; PRESIDIO INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, | Removal Filed: July 10, 2008 |
| | Judge: Ronald M. Whyte |
| Defendants. | |

1

On November 21, 2007, Plaintiff Robert Acheson ("Plaintiff") filed this class action in the Superior Court for the County of Santa Clara ("State Court") against Defendant Presidio International, Inc. ("Defendant") alleging various violations of wage and hour laws. Plaintiff and Defendant (collectively referred to as the "Parties") attended two case management conferences while this matter was pending in State Court. The Parties also engaged in formal and informal discovery while the matter was pending in that forum. Additionally, the State Court conducted two hearings on a motion to compel further responses to discovery in this matter. The discovery issues were not completely resolved because on July 10, 2008 Defendant filed a Notice of Removal ("Removal") of this action to the United States District Court for the Northern District of California ("District Court") based on the Class Action Fairness Act ("CAFA").

CAFA vests the district courts with original jurisdiction of any civil class action in which there is minimal diversity between the parties and the matter in controversy exceeds the aggregated sum or value of $5,000,000, exclusive of interest and costs. 28 U.S.C. §1332(d)(2); 28 U.S.C. § 1453(b). In this matter, it is undisputed that there is minimal diversity between the Parties. After Plaintiff filed a First Amended Complaint, which is addressed herein, Defendant had reason to believe the matter in controversy could exceed $5,000,000.00.

On June 30, 2008, Plaintiff filed a First Amended Complaint which included two additional causes of action: one for an alleged failure to properly provide meal periods in violation of California Labor Code section 226.7(a) and Labor Code section 512(a) and another for failure to properly compensate plaintiff for payment for split shifts in violation of California Code of Regulations section 11070(4)(C). Plaintiff also sought penalties pursuant to the Private Attorneys General Act ("PAGA") in the First Amended Complaint. The addition of the new claims, including a claim for violations of laws related to the provision of meal periods, caused Defendant to believe damages in this matter could exceed $5,000,000.00. Therefore, on July 10, 2008, Defendant filed the Removal in this action based upon an expert analysis which revealed that damages in this action could potentially exceed $5,000,000.00.

Upon further investigation and discovery, the Parties have concluded the potential damages in this case are below $5,000,000.00.

The Parties' belief that the amount in controversy in this case is below $5,000,000.00 is evidenced by the settlement of this action. On August 14, 2008, shortly after this case was removed to the District Court, the Parties engaged in mediation with Mark Rudy, Esq., and agreed to settle the matter for an amount less than $5,000,000.00.

This Court has not yet had occasion to become familiar with this matter and the State Court has already addressed both procedural and substantive issues in this case. Therefore, in the interest of conserving judicial resources and since the matter in controversy does not meet federal jurisdictional requirements, the Parties respectfully request this matter be remanded to State Court.

**IT IS SO STIPULATED.**

Dated: November 7, 2008

JACKSON LEWIS LLP

By: *[signature]*
JoAnna L. Brooks
Timothy C. Travelstead
Punam Sarad
Attorneys for Defendant
PRESIDIO INTERNATIONAL, INC.

Dated: November ___, 2008          INITIATIVE LEGAL GROUP, LLP

By: _____
Marc Primo
Mónica Balderrama
Shawn Westrick
Attorneys for Plaintiff
ROBERT ACHESON

STIPULATION REMANDING
ACTION TO STATE COURT                                        Case No. 4:08-CV-03336 RMW

1  The Parties' belief that the amount in controversy in this case is below $5,000,000.00 is
2  evidenced by the settlement of this action. On August 14, 2008, shortly after this case was
3  removed to the District Court, the Parties engaged in mediation with Mark Rudy, Esq., and agreed
4  to settle the matter for an amount less than $5,000,000.00.

5  This Court has not yet had occasion to become familiar with this matter and the State
6  Court has already addressed both procedural and substantive issues in this case. Therefore, in the
7  interest of conserving judicial resources and since the matter in controversy does not meet federal
8  jurisdictional requirements, the Parties respectfully request this matter be remanded to State
9  Court.

**IT IS SO STIPULATED.**

Dated: November 7, 2008

JACKSON LEWIS LLP

By: _____
JoAnna L. Brooks
Timothy C. Travelstead
Punam Sarad
Attorneys for Defendant
PRESIDIO INTERNATIONAL, INC.

Dated: November 7, 2008

INITIATIVE LEGAL GROUP, LLP

By: _____
Marc Primo
Mónica Balderrama
Shawn Westrick
Attorneys for Plaintiff
ROBERT ACHESON