| | |
|---|---|
| JOANNA L. BROOKS (SBN #182986)<br>TIMOTHY C. TRAVELSTEAD (SBN #215260)<br>PUNAM SARAD (SBN #217091)<br>JACKSON LEWIS LLP<br>199 Fremont Street, 10th Floor<br>San Francisco, CA 94105<br>Telephone    415.394.9400<br>Facsimile:    415.394.9401<br><br>Attorneys for Defendant<br>PRESIDIO INTERNATIONAL, INC.<br><br>Mark Yablonovich (SBN 186670)<br>MYablonovich@InitiativeLegal.com<br>Marc Primo (SBN 216796)<br>MPrimo@InitiativeLegal.com<br>Mónica Balderrama (SBN 196424)<br>MBalderrama@InitiativeLegal.com<br>Shawn Westrick (SBN 235313)<br>SWestrick@InitiativeLegal.com<br>Initiative Legal Group LLP<br>1800 Century Park East, 2nd Floor<br>Los Angeles, California 90067<br>Telephone: (310) 556-5637<br>Facsimile: (310) 861-9051<br><br>Attorneys for Plaintiff Robert Acheson | ***E-FILED - 11/18/08*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ACHESON, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G.A.L.A., INC., a Delaware corporation; GIORGIO ARMANI CORPORATION, a New York corporation; PRESIDIO INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 4:08-CV-03336 RMW<br><br>[~~PROPOSED~~] ORDER REMANDING ACTION TO STATE COURT<br><br><br><br>Removal Filed: July 10, 2008<br>Judge: Ronald M. Whyte |

1

ORDER REMANDING
ACTION TO STATE COURT

Case No. 4:08-CV-03336 RMW

# ~~PROPOSED~~ ORDER

Plaintiff Robert Acheson and Defendant Presidio International, Inc. by and through their counsel have submitted a stipulation to remand this action to the Superior Court for the County of Santa Clara ("Stipulation"). Having reviewed the Stipulation, the Court orders this matter remanded to the Superior Court for the County of Santa Clara.

Dated: _11/18/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
Judge of The United States District Court
For The Northern District of California